GEORGE D'ANNUNZIO, respondent,

*v.*

BRIDGET D'ANNUNZIO, appellant.

[Decided October 21st, 1920.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Stevenson, whose opinion is reported in *91 N. J. Eq. 186.*

*Mr. Anthony Botti,* for the respondent.

*Mr. Edward M. Salley,* for the appellant.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Stevenson.

*For affirmance*—THE CHIEF-JUSTICE, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, KATZENBACH, WHITE, HEPPENHEIMER, WILLIAMS, TAYLOR, GARDNER, ACKERSON—15.

*For reversal*—None.